# ELECTRONIC RECORD

COA # 03-13-00037-CR          OFFENSE: 21.1

STYLE: Eddie Matthews v. The State of Texas          COUNTY: Bastrop

COA DISPOSITION:     AFFIRMED          TRIAL COURT: 21st District Court

DATE: 12/23/14          Publish: NO     TC CASE #: 13992

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Eddie Matthews v. The State of Texas          CCA #: O98-15

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 04/15/2015          SIGNED: _____     PC: _____

JUDGE: Per Curiam          PUBLISH: _____     DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD